**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GLUE WILKINS, | : | No. 8 MM 2024 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ATTORNEY BENJAMIN D. KOHLER, | : | |
| PROTHONOTARY, PA SUPERIOR COURT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2024, the "King's Bench Motion" and the "Motion for Judicial Notice" are DENIED.